IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                Case No.: 8:18-bk-02670-RCT
**ANDREW BENYO**
**BEVERLY BENYO,**
   Debtors.                                           Chapter 7
_____/

## NOTICE OF RESCHEDULED

## 341 MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the Section 341 Meeting of Creditors has been rescheduled for a meeting on Thursday May 10, 2018 at 2:30p.m. and will be held at **Room 100−C, 501 East Polk St.,(Timberlake Annex), Tampa, FL 33602**.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice has been furnished electronically or via U. S. Mail to **Carolyn Chaney,**, Standing Trustee, P O Box 530248 St. Petersburg, FL 33747; **Assistant U. S. Trustee**, 501 E. Polk Street #1200, Tampa, FL 33602; Andrew and Beverly Benyo, Debtor,8788 Highpoint Blvd Brooksville, FL 34613; **all creditors on the attached mailing matrix**; on this 23rd day of April, 2018.

                                          /s/ZIONA KOPELOVICH, ESQ.
                                          _____
                                          ZIONA KOPELOVICH, ESQ.   FBN 825913
                                          DEBT RELIEF LAW OFFICES OF TAMPA BAY, LLC
                                          5422 TROUBLE CREEK ROAD
                                          NEW PORT RICHEY, FL 34652
                                          Tel (727)849-3328    Fax (727)846-7687
                                          Ziona@DebtReliefTampaBay.com