IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                  Case No.: 8:18-bk-02670-RCT
**ANDREW BENYO**
**BEVERLY BENYO,**
       Debtors.                                                         Chapter 7
_____/

## NOTICE OF RESCHEDULED

## 341 MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the Section 341 Meeting of Creditors has been rescheduled for a meeting on Thursday June 7, 2018 at 1:00 p.m. and will be held at **Room 100−C, 501 East Polk St.,(Timberlake Annex), Tampa, FL 33602**.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice has been furnished electronically or via U. S. Mail to **Carolyn Chaney,**, Standing Trustee, P O Box 530248 St. Petersburg, FL 33747; **Assistant U. S. Trustee**, 501 E. Polk Street #1200, Tampa, FL 33602; Andrew and Beverly Benyo, Debtor,8788 Highpoint Blvd Brooksville, FL 34613; **all creditors on the attached mailing matrix**; on this 14th day of May, 2018.

/s/ZIONA KOPELOVICH, ESQ.
_____
ZIONA KOPELOVICH, ESQ.   FBN 825913
DEBT RELIEF LAW OFFICES OF TAMPA BAY, LLC
5422 TROUBLE CREEK ROAD
NEW PORT RICHEY, FL 34652
Tel (727)849-3328      Fax (727)846-7687
Ziona@DebtReliefTampaBay.com